# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Michigan

In re: Rekashator Sekina Harris,   Case No. 10-71537-wsd
                                    Chapter 7
                                    Hon. Walter Shapero

       Debtor.
_____/

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[X]  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[X]  IT IS FURTHER ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __100.00__   Check one   [ ] With the filing of the petition, or
                           [X] On or before __10/29/2010__

$ __100.00__ on or before __11/22/2010__
$ __99.00__ on or before __12/08/2010__
$ _____ on or before _____

[X]  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Signed on October 14, 2010

                                 /s/ Walter Shapero
                              Walter Shapero
                              United States Bankruptcy Judge